# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dominick Alexander Brown, #589190, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:23-656-RMG |
| ) | |
| vs. ) | |
| ) | |
| Charleston County Sheriff's Office, *et al.*, ) | |
| ) | **ORDER** |
| Defendants. ) | |
| ) | |
| _____) | |

This matter comes before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge recommending that this action be dismissed with prejudice, without service of process, and without further leave to amend. (Dkt. No. 11). The Magistrate Judge found that Plaintiff, acting *pro se*, failed to assert a claim upon which relief could be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A. Plaintiff filed no specific objections to the R & R but filed a "motion for suppressment" which, although difficult to decipher, appears to argue against the dismissal of his action. (Dkt. No. 20).

The Court has reviewed the R & R and other orders of the Magistrate Judge, the full record in this matter, Plaintiff's recent filing, and the relevant legal authorities. The Court finds that the Magistrate Judge ably summarized the factual and legal issues in this matter and correctly concluded that this action should be summarily dismissed because Plaintiff has failed to asset a claim upon which relief can be granted. Therefore, the Court **ADOPTS** the R & R (Dkt. No. 11) as the order of the Court and **DISMISSES** this action with prejudice, without service or process, and without leave to amend.

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel<br>
Richard Mark Gergel<br>
United States District Judge

May 1, 2023
Charleston, South Carolina